AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Joshua James Hoefgen   PRINCIPAL
YOB: 1979
United States Citizen

United States District Court
Southern District of Texas
FILED

AUG 14 2016

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:

M-16- 1513 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 13, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, (Track Statutory Language of Offense)

knowing or in reckless disregard of the fact Wilfredo Granillo-Aguilar, a citizen of El Salvador, and Diego Garcia-Hernandez, a national of Mexico, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Donna, Texas to the point of arrest near Donna, Texas,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__ __FELONY__
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On August 13, 2016, at approximately 11:45 am, Weslaco Border Patrol dispatch called out a camera activation south of the McManus border wall gap, and described a passenger car driving north. The McManus Gap is south of Donna, Texas. The Aerostat operator in the area panned over to view the McManus wall gap. Aerostat found the vehicle called out by dispatch, driving north toward the gap. The vehicle drove just north of the gap and stopped, and several people bailed out of the car and ran back south.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Signature of Complainant

Francisco Armendariz   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 14, 2016        at   McAllen, Texas
Date                         City and State

**Dorina Ramos** , U. S. Magistrate Judge
Name and Title of Judicial Officer

Donna Ramos
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16-1513-M

RE:     Joshua James Hoefgen

**CONTINUATION:**

Meanwhile, Agents S. Gonzalez and A. Sauceda moved into the area just north of the gap. They waited as the vehicle that Aerostat had called out drove up to them. They turned on their emergency lights and stopped the vehicle as it approached them.

The driver, identified as Joshua James HOEFGEN, claimed to be a United States Citizen. Preliminary Record Checks revealed HOEFGEN had an outstanding warrant out of Georgia Sheriff's Office-Blue Ridge, for a probation violation.

Other agents arrived and searched the area where Aerostat saw the people bail out of the vehicle. They apprehended 6 people hiding in the cane field near where the camera saw them bail out. All 6 admitted to being illegally in the United States.

**PRINCIPAL STATEMENT:**

Joshua James HOEFGEN, was read her rights and stated he was willing to provide a statement without the presence of a lawyer.

HOEFGEN stated he was unemployed, and a man who lives at his apartment complex offered him a job picking up undocumented aliens. He stated the man gave him the car he was driving, a 1995 blue Buick Le Sabre, so he could pick up the people. He didn't know how much he was going to be paid and was going to talk about it with the man later. HOEFGEN told agents the man gave him directions to drive to the pick-up spot. HOEFGEN was supposed to drive the illegal aliens to the apartment complex where he lives in Edinburg, Texas.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

**1-** Wilfredo Granillo-Aguilar, a citizen of El Salvador, claims he was charged $8,000 (USD) to be smuggled into the United States. Granillo told agents they were told what to look for and where to go while they were still in Mexico. As the group was walking toward the vehicle that was already waiting for them, Granillo was able to clearly see the driver. Granillo identified HOEFGEN in a photo lineup as the driver of the vehicle. At some point someone from inside the car yelled to get out, and everyone ran.

**2-** Diego Garcia-Hernandez, a citizen of Mexico, claims he was charged $4,000 (USD) to be smuggled into the United States. Garcia told agents they crossed the Rio Grande River without a guide. They were told where to go while they were still in Mexico. They were told what vehicle they would be boarding. After the group boarded the vehicle, the driver began saying "Go, Go, Go!" when he saw Border Patrol. Garcia identified HOEFGEN in a photo lineup as the driver of the vehicle.